UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIGAIL RATCHFORD, et al.,<br>Plaintiffs,<br>vs.<br>S & J PAULINO DEVELOPMENT, LLC., et al.,<br>Defendants. | NO. C25-437RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The above entitled case was filed on March 12, 2025. A Declaration of Service was filed on November 20, 2025. No documents have been filed since November 20, 2025.

Plaintiffs are hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than Thursday, September 3, 2026. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, September 4, 2026.

DATED this 21st day of August, 2026.

Robert S. Lasnik
United States District Judge